Leslie R. Horowitz, SBN 97630
Stephen E. Hyam, SBN 198065
CLARK & TREVITHICK
800 Wilshire Blvd., Twelfth Floor
Los Angeles, California 90017
Telephone: (213) 629-5700
Facsimile: (213) 624-9441
E-Mail:    lhorowitz@clarktrev.com
           shyam@clarktrev.com

Attorneys for CERTAIN CREDITORS[1]
AS AUTHORIZED REPRESENTATIVES OF
THE BANKRUPTCY ESTATE

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>UNIFIED WORLDWIDE TRANSPORT,<br><br>Debtor. | Case No. 1:07-bk-12273 KT<br><br>Chapter 7<br><br>Adv. No. 1:09-ap-01217-KT |
| CERTAIN CREDITORS, AS AUTHORIZED REPRESENTATIVES OF THE BANKRUPTCY ESTATE,<br><br>Plaintiffs,<br><br>v.<br><br>FPE IV, LLC,<br><br>Defendant. | **REQUEST TO CONTINUE STATUS CONFERENCE CURRENTLY SET FOR FEBRUARY 9, 2010** |

TO THIS HONORABLE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

1.  On July 1, 2009, Certain Creditors, as authorized representatives of the bankruptcy estate ("Plaintiff") commenced the above-captioned adversary proceeding by filing a complaint

---

[1] SMS Communications, LLC; Michael Baghdoian; William A. Meardon; Brian T. Kelso; David Eichelberger; Hoyer Enterprises, Inc.; DLP Management, LLC; Harvest Preserve Foundation, Inc.; Oakcrest Properties, L.L.C.; CAM Financing #1, L.L.C.; WAM Financing, #2; Greg Shottenkirk; Toni Shottenkirk; HEG, L.L.C.; Daryl K. Granner; Platinum Exploration, INC.; Anita J. Lake, Trustee Of The Anita J. Lake Revocable Trust.

637306.1 (O15486.001)      1
REQUEST TO CONTINUE STATUS CONFERENCE CURRENTLY SET FOR FEBRUARY 9, 2010

1. (the "Complaint") against FPE IV, LLC (the "Defendant").

2. The Court set a Status Conference for February 9, 2010 at 3:00 p.m. in Courtroom 301, located at 21041 Burbank Blvd., Woodland Hills, CA 91387.

3. I am informed from a former member of FPE IV, LLC that the LLC has dissolved. As a result, I have delayed service.

4. Plaintiff will file motions with the Court in the main case (1:07-bk-12273 KT) to (a) Approve Joint Representation and (b) Approve the Employment of Herzlich & Blum ("Motions"). These motions will be filed before the February 9, 2010 Status Conference.

5. If the Motions are granted, new counsel will take over this matter and will decide how to proceed or whether this case should be dismissed. Because the outcome of Motions may affect this adversary proceeding, the parties request that the currently set status conference be continued to a date at least 15 days after the hearing of the Motions, as is convenient for the Court.

WHEREFORE, Plaintiff respectfully requests that that the status conference set for February 9, 2010 be continued to a date at least 15 days after the hearing of the Motions, as is convenient for the Court.

DATED: February 4, 2010                         CLARK & TREVITHICK

                                                By: /s/ Stephen E. Hyam
                                                Stephen E. Hyam
                                                Attorneys for CERTAIN CREDITORS
                                                AS AUTHORIZED REPRESENTATIVES OF
                                                THE BANKRUPTCY ESTATE

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Clark & Trevithick, 800 Wilshire Blvd., 12th Floor, Los Angeles, CA 90017. A true and correct copy of the foregoing document described **REQUEST TO CONTINUE STATUS CONFERENCE CURRENTLY SET FOR FEBRUARY 9, 2010** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 4, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Leslie R Horowitz   lhorowitz@clarktrev.com
- Stephen E Hyam   shyam@clarktrev.com
- United States Trustee   Ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **February 4, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

FPE IV
c/o David Gitman
Resch Polster Alpert & Berger
10390 Santa Monica Boulevard, 4th Floor
Los Angeles, CA 90025

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____
___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/3/2010 | Michele Morelli | /s/ Michele Morelli |
|---|---|---|
| Date | Type Name | Signature |

CLARK & TREVITHICK
A PROFESSIONAL LAW CORPORATION
800 WILSHIRE BLVD, TWELFTH FLOOR
LOS ANGELES, CALIFORNIA 90017